# EXHIBIT A

## LICE SEASON IS IN FULL BLOOM

Warm weather is here and the incidence of head lice is rising. LiceDoctors reminds you that we are here to help. We take the burden off of families and get rid of lice and nits.

Here's a "trade secret" as to positively identify nits. This advice is based on 20 years of treatments and focus only on head lice!

1. Pull the nit from the hair and place it on a white paper towel or piece of paper.
2. If it is brown, round on one side and pointy on the other with an antenna, then you are seeing a nit.
3. If it blends into the white background then it is a DEC plug (secretion from the oil glands) or a piece of dandruff.
4. If it is round and black, it is a piece of debris.

LiceDoctors is the <u>only lice service under the direction of a medical doctor</u> and we use all-natural protocols; we are the #1 professional head lice and nit removal company in your area. <u>We make house calls day and night and do school checks.</u> GUARANTEED results.

Our prices are a lot lower than salons and we offer a full one month guarantee. Treatments are often covered by Social Services for financially challenged students; reach out to your local agency. <u>We have treated over 450,000 clients and have an A rating with the BBB!</u>

Thank you.
Karen Sokoloff and Wendy Beck
800-224-2537 or 646-381-2657
 www.licedoctors.com

We accept FSA/HSA cards and treatment is covered under some insurance plans.

For brochures or to unsubscribe email licedoctors@aol.com