USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/11/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BRUCE E. KATZ, M.D., P.C. d/b/a JUVA SKIN AND LASER CENTER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**LICEDOCTORS, LLC**, a New Jersey limited liability company,<br><br>*Defendant.* | CASE NO. 1:19-CV-06303-ALC<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Taylor T. Smith, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Colorado; and that his contact information is as follows:

Applicant Name: __Taylor T. Smith__

Firm Name: __Woodrow & Peluso, LLC__

Address: __3900 E. Mexico Ave., Suite 300__

City / State / Zip: __Denver, Colorado 80210__

Telephone / Fax: __720-907-7628 / 303-927-0809__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Bruce E. Katz, M.D., P.C. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Dated: July 11, 2019

                                    United States District Judge