UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
BRUCE E. KATZ, M.D., P.C. d/b/a JUVA
SKIN AND LASER CENTER, individually
and on behalf of all others similarly situated,

      Plaintiffs,

  v.

LiceDoctors LLC, a New Jersey limited
liability company,

      Defendant.
---------------------------------x

Case No. 1:19-cv-06303-ALC

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in this action for Defendant LiceDoctors LLC. I certify that I am admitted to practice in this Court.

Dated: July 17, 2019

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294
Fax: (212) 230-8888
Email: alan.schoenfeld@wilmerhale.com

*Attorney for Defendant LiceDoctors LLC*