UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRUCE E. KATZ, M.D., P.C. d/b/a JUVA SKIN AND LASER CENTER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

LiceDoctors LLC, a New Jersey limited liability company,

Defendant.

---

Case No. 1:19-cv-06303-ALC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LICEDOCTORS LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LiceDoctors LLC makes the following disclosures through its undersigned counsel:

LiceDoctors LLC is a New Jersey limited liability company. It has no parent company and no public company is a member of the limited liability company.

Dated: July 17, 2019

Respectfully submitted,

/s/ Alan E. Schoenfeld
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294
Fax: (212) 230-8800
Email: alan.schoenfeld@wilmerhale.com

*Attorney for Defendant LiceDoctors LLC*