WILMERHALE

August 28, 2019

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
   for the Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:  *Bruce E. Katz, M.D., P.C. v. LiceDoctors LLC*, Civ. No. 1:19-cv-06303-ALC

Dear Judge Carter:

I represent defendant LiceDoctors LLC in the above-captioned matter.

I write to request a 30-day extension of time to respond to the complaint, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(b).  Pursuant to Rule 1(D) of Your Honor's Individual Practices, defendant states in support of this request that:

1. The original and current deadline to respond to the complaint is September 10, 2019.
2. There have been no previous requests to extend this deadline.
3. The plaintiff consents to this request.

If the Court grants this request, the new deadline would be <u>October 10, 2019</u>.

Respectfully submitted,


/s/ Alan E. Schoenfeld
Alan E. Schoenfeld


      cc:    All counsel of record (by ECF)